**WO**                                                                                                                    SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Barboza, | No. CV 06-2695-PHX-SMM (DKD) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF REMAINING BALANCE** |
| Joe Arpaio, | **OF INMATE FILING FEE** |
| Defendant. | |

**TO: ARIZONA DEP'T OF CORRECTIONS DIRECTOR DORA B. SCHRIRO.**

Plaintiff Luis Barboza, 216264, who is presently confined by the Arizona Department of Corrections, has been assessed a filing fee of $350.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). An Order to collect the filing fee was previously issued to the Maricopa County Sheriff. (Doc.# 4.) Plaintiff has since been transferred to the custody of the Arizona Department of Corrections and $283.40 of the filing fee remains to be collected. Therefore, the $283.40 balance of the fee must be collected from the inmate's trust account now held by the Arizona Department of Corrections.

Plaintiff is obligated to make monthly payments in the amount of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections is required to forward these payments from Plaintiff's trust account to the Clerk of Court each time the amount in the account exceeds $10.00, until the balance of the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or her designee must collect from Plaintiff's trust account the $283.40 balance of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to 20% of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments must be clearly identified by the name and number assigned to this action.

(2) The Director of the Arizona Department of Corrections or her designee must notify the Clerk of Court in writing when Plaintiff is either released from the custody of the Arizona Department of Corrections or transferred to a custodian other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any balance still outstanding.

(3) The Clerk of the Court is directed to serve by mail a copy of this Order on Dora B. Schriro, Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

DATED this 19th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge